UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
MELISSA FERRER,

                     Plaintiff,

        -against-                                         25-cv-1703 (LAK)

WESTCHESTER SAVING PEOPLE, et al.,

                     Defendants
------------------------------------------------x

*USDC SDNY*
*DOCUMENT*
*ELECTRONICALLY FILED*
*DOC #: _____*
*DATE FILED: 2-28-25*

## ORDER

LEWIS A. KAPLAN, *District Judge.*

       Jurisdiction is invoked pursuant to 28 U.S.C. § 1332 and 1441. The notice of removal fails adequately to allege the existence of subject matter jurisdiction because, perhaps among other things, it fails adequately to allege:

- ☒ The citizenship of one or more natural persons. *See, e.g., Sun Printing & Publishing Ass'n v. Edwards*, 194 U.S. 377 (1904); *Leveraged Leasing Administration Corp. v. PacifiCorp Capital, Inc.*, 87 F.3d 44 (2d Cir. 1996).

- ☐ The citizenship of one or more corporations. *See* 28 U.S.C. § 1332(c)(1).

- ☐ The citizenship of one or more partnerships. *See Carden v. Arkoma Assocs.*, 494 U.S. 195 (1990).

- ☒ The exact nature and citizenship of one or more defendant entities.

       Absent the filing, on or before March 10, 2025, of an amended notice of removal adequately alleging the existence of subject matter jurisdiction, this action will be remanded for lack of subject matter jurisdiction.

       SO ORDERED.

Dated:      February 28, 2025

                                                            _____
                                                                 Lewis A. Kaplan
                                                            United States District Judge